IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DEXTER JOHNSON, § | |
|     Petitioner, § | |
| § | |
| V. § | No. 4:19-cv-3047 |
| § | (Death Penalty Case) |
| BOBBY LUMPKIN, Director,[1] § | |
| Texas Department of Criminal § | |
| Justice, Correctional Institutions § | |
| Division, § | |
|     Respondent. § | |

## RESPONDENT LUMPKIN'S NOTICE OF APPEARANCE OF COUNSEL

Dexter D. Johnson is a Texas state inmate seeking federal habeas relief. Please take notice that Gwendolyn S. Vindell, who is admitted to practice in this Court, is entering an appearance in the above-styled and numbered cause as co-counsel for Respondent.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

MARK PENLEY
Deputy Attorney General
for Criminal Justice

---

[1] The previous named respondent in this action was Lorie Davis. On August 10, 2020, Bobby Lumpkin succeeded Davis as Director of the Correctional Institutions Division. Under Rule 25(d)(1) of the Federal Rules of Civil Procedure, Lumpkin "is automatically substituted as a party."

|  |  |
|---|---|
|  | EDWARD L. MARSHALL<br>Chief, Criminal Appeals Division |
| *Counsel of Record | s/ Gwendolyn S. Vindell<br>GWENDOLYN S. VINDELL*<br>Assistant Attorney General<br>State Bar No. 24088591<br>Southern ID No. 2202376 |
|  | P.O. Box 12548, Capitol Station<br>Austin, Texas  78711<br>(512) 936-1400<br>Facsimile No. (512) 936-1280 |
|  | ATTORNEYS FOR RESPONDENT |

## CERTIFICATE OF SERVICE

I do herby certify that on August 13, 2020, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court, Southern District of Texas, using the electronic case-filing system of the Court. The electronic case-filing system sent a "Notice of Electronic Filing" (NEF) to the following counsel of record, who consented in writing to accept the NEF as service of this document by electronic means:

Jeremy Don Schepers
Federal Public Defender
525 S Griffin St, Ste 629
Dallas, TX 75202
jeremy_schepers@fd.org

                                                       s/ Gwendolyn S. Vindell
                                                       GWENDOLYN S. VINDELL
                                                       Assistant Attorney General