# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| DEXTER JOHNSON, | § § § | |
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. 4:19-CV-3047 |
| | § § | |
| BOBBY LUMPKIN, | § § | |
| Respondent. | § | |

## ORDER

This Court, having previously ordered that an evidentiary hearing will be held in this case (Docket Entry No. 28), hereby schedules that hearing for **August 12, 2021** at **9:00 a.m.**

It is further **ORDERED** that the parties will submit a proposed scheduling order within two weeks of Ms. Jessica Graf's return from maternity leave laying out the specific dates for depositions, any briefing on those depositions, and requested hearings on pending motions, if any, prior to the evidentiary hearing.

This case will be **STAYED** and **ADMINISTRATIVELY CLOSED** until the parties submit the proposed scheduling order.

The Clerk will provide copies of this Order to the parties.

SIGNED on December 14, 2020 at Houston, Texas.



ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE