IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **DEXTER DARNELL JOHNSON**, | § | |
| *Petitioner*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:19-CV-03047 |
| | § | |
| **BOBBY LUMPKIN**, Director, | § | **DEATH PENALTY CASE** |
| Texas Department of Criminal | § | |
| Justice, Correctional Institutions | § | |
| Division, | § | |
| *Respondent*. | § | |

**JOINT PROPOSED SCHEDULING ORDER**

Petitioner Dexter Darnell Johnson has an Amended Second or Successive Petition for Writ of Habeas Corpus pending before this Court. ECF No. 8. This Court has set an evidentiary hearing "on the question of whether [Patrick] McCann's representation rendered Johnson's *Atkins* claim previously unavailable and whether it entitles Johnson to equitable tolling." ECF No. 18 at 25. That hearing is set for August 12, 2021. ECF No. 30. This Court granted Johnson's request to depose his trial lawyers, Anthony Osso and Jim Leitner, and his initial federal habeas counsel, Mr. McCann. ECF No. 28 at 10. This Court further ordered the parties to submit a proposed scheduling order "laying out the specific dates for depositions, any briefing on those depositions, and requested hearings on pending motions, if any, prior to the evidentiary hearing." ECF No. 30.

The parties submit this Joint Proposed Scheduling Order in response to that order. The parties have conferred and agreed to conduct the depositions the week of June 7, 2021, and counsel for Mr. Johnson has contacted the three deponents

1

regarding their availability that week. In light of that, the parties have agreed to the following:

1. The parties will depose Mr. Osso and Mr. Leitner on the afternoon of June 8, 2021, and depose Mr. McCann on June 9, 2021.

2. The parties shall submit an exhibit list, deposition designations, and exchange exhibits listed therein, fourteen (14) days before the pre-hearing conference, or by July 26, 2021.

3. The parties shall file any objections to the authenticity and admissibility of exhibits and/or deposition designations by August 2, 2021.

4. The parties may file a reply, if any, to objections by August 5, 2021.

5. A pre-hearing conference will be held on Monday, August 9, 2021, to hear any pending issues related to the depositions, address any evidentiary objections to the parties' exhibits, and resolve any other pending motions. If there are no pending motions or objections to be resolved, no pre-hearing conference will be held.

6. The evidentiary hearing will occur on August 12, 2021. Pursuant to this Court's prior ruling, Petitioner is only authorized to present testimony from Mr. McCann at that hearing.

7. The parties shall file post-hearing briefing within thirty (30) days after the transcript becomes available to the parties.[1]

A proposed order is attached.

---

[1] In joining this proposed schedule, Respondent does not explicitly or implicitly agree that an evidentiary hearing may be properly held in this case, or that any evidence developed and/or presented at such a hearing may be considered by the Court.

Respectfully submitted,

        JASON D. HAWKINS
        Federal Public Defender

        */s/ Jeremy Schepers*
        Jeremy Schepers
        Supervisor, Capital Habeas Unit

        */s/ Jessica Graf*
        Jessica Graf
        Assistant Federal Public Defender

        Office of the Federal Public Defender
        Northern District of Texas
        525 S. Griffin St., Ste. 629
        Dallas, Texas 75202
        Jeremy_Schepers@fd.org
        Jessica_Graf@fd.org
        (214) 767-2746
        (214) 767-2886 (fax)

        COUNSEL FOR PETITIONER

        KEN PAXTON
        Attorney General of Texas

        BRENT WEBSTER
        First Assistant Attorney General

        JOSH RENO
        Deputy Attorney General
        for Criminal Justice

        EDWARD L. MARSHALL
        Chief, Criminal Appeals Division

        s/ Gwendolyn S. Vindell
        GWENDOLYN S. VINDELL*
*Counsel of Record        Assistant Attorney General
        State Bar No. 24088591
        Southern ID No. 2202376

        P.O. Box 12548, Capitol Station

>Austin, Texas 78711
>Phone: (512) 936-1400
>Facsimile: (512) 936-1280

COUNSEL FOR RESPONDENT

**CERTIFICATE OF SERVICE**

I, Jessica Graf, certify that on April 22, 2021, a copy of the foregoing was filed in the CM/ECF system, which will serve all registered users in this case.

>*/s/ Jessica Graf*
>Jessica Graf