UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| DEXTER JOHNSON, | § | |
|---|---|---|
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. 4:19-CV-3047 |
| BOBBY LUMPKIN, | § | |
| Respondent. | § | |

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

To: Warden Polunsky Unit
3782 FM 350 South
Livingston, Texas 77351

You are hereby **ORDERED** to deliver Dexter Darnell Johnson, #999527, into the custody of the United States Marshal for the Southern District of Texas on **March 31, at 9:00 a.m.** for the purpose of having same inmate appear for a hearing before the Court at the United States Courthouse, 515 Rusk Avenue, Courtroom 8C, 8th Floor, Houston Texas at that time. Said inmate shall remain in the custody of the United States Marshal during hours of Court until the conclusion of the hearing in this matter. At such time, the inmate will be returned to the custody of the Warden.

SIGNED on **MAR 0 8 2022** at Houston, Texas.

ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE