**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Dexter Johnson, | § | CIVIL ACTION NO. |
| Petitioner, | § | 4:19-CV-3047 |
| | § | |
| | § | **DEATH PENALTY** |
| vs. | § | **CASE** |
| | § | |
| | § | JUDGE ALFRED H. BENNETT |
| Bobby Lumpkin, | § | |
| Respondent. | § | |

**TRIAL EXHIBIT LIST OF DEXTER JOHNSON**

| No. | Description | Offer | Object | Date Admit | Date N/Adm |
|---|---|---|---|---|---|
| 1 | Letter from Mr. Johnson 2.12.19 | | | | |
| 2 | Letter to Mr. Johnson 2.21.19 | | | | |
| 3 | Letter from Mr. Johnson 3.4.19 | | | | |
| 4 | Letter to Mr. Johnson 3.5.19 | | | | |
| 5 | Motion to Abate or Amend | | | | |
| 6 | Motion for New Counsel - *Sales* | | | | |
| 7 | Motion for New Counsel - *Smith* | | | | |
| 8 | Request for Appointment of New Counsel - *Hamilton* | | | | |
| 9 | Request for Conflict Free Counsel - *Hamilton* | | | | |

1

| 10 | Request for New Counsel - *Hamilton* | | | | |
|---|---|---|---|---|---|
| 11 | Motion for Appointment of Counsel - *Martinez* | | | | |
| 12 | Findings of Fact and Conclusions of Law - *Hunter* | | | | |
| 13 | Dr. Hupp Report | | | | |
| 14 | Opinion – *Ex Parte Briseno* | | | | |
| 15 | Opinion – *Ex Parte Moore* | | | | |
| 16 | Opinion - *Moore v Texas 2017* | | | | |
| 17 | Opinion - *Moore v Texas 2019* | | | | |