UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Dexter Darnell Johnson

v.                                                                Case Number: 4:19–cv–03047

Bobby Lumpkin–Director TDCJ–CID

## NOTICE OF RESETTING

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.

**Before the Honorable**

Alfred H Bennett

**PLACE:**
Courtroom 8C
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 3/31/2022

**TIME:** 02:30 PM

**TYPE OF PROCEEDING:** Evidentiary Hearing

Date:   March 30, 2022

                                                                Nathan Ochsner, Clerk